# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ZUBEARU BETTIS
_Write the full name of each plaintiff._

No. _____
(To be filled out by Clerk's Office)

-against-

BUREAU OF PRISONS METROPOLITAN CORRECTION CENTER
OFFICER GRIJALVA, CAPTAIN PARDEN
WARDEN LINCOLN-VITALE, CAPTAIN KIZZIER
P.A. KANG   A JORDAN

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☑ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

ZUBEARU _____ BETTIS
First Name      Middle Initial      Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

BOP #92404-054   WCDOC # 259346
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

WESTCHESTER COUNTY DEPARTMENT OF CORRUPTION
Current Place of Detention

10 WOODS ROAD
Institutional Address

VALHALLA          NEW YORK          10595
County, City      State             Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☑ Other: CONVICTED AWAITING SENTENCE

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

| First Name | Last Name | Shield # |
|---|---|---|
| GRWALVA | | |

Current Job Title (or other identifying information): FEDERAL BUREAU OF PRISONS (FBOP) OFFICER

Current Work Address: 150 PARK ROW

| County, City | State | Zip Code |
|---|---|---|
| NEW YORK | NY | 10007 |

**Defendant 2:**

| First Name | Last Name | Shield # |
|---|---|---|
| | DARDEN | |

Current Job Title (or other identifying information): FBOP CAPTAIN

Current Work Address: 150 PARK ROW

| County, City | State | Zip Code |
|---|---|---|
| NY | NY | 10007 |

**Defendant 3:**

| First Name | Last Name | Shield # |
|---|---|---|
| LINCOLN | VITALE | |

Current Job Title (or other identifying information): WARDEN MCC NY

Current Work Address: 150 PARK ROW

| County, City | State | Zip Code |
|---|---|---|
| NY | NY | 10007 |

**Defendant 4:**

| First Name | Last Name | Shield # |
|---|---|---|
| | KZZIER | |

Current Job Title (or other identifying information): CAPTAIN

Current Work Address: 150 PARK ROW

| County, City | State | Zip Code |
|---|---|---|
| NY | NY | 10007 |

SEE REVERSE

Page 3

#5  KANG – LAST NAME

PHYSICIAN ASSISTANT AT MCC NY

150 PARK ROW

N.Y.   N.Y.   10007

#  A JORDAN

DISCIPLINAR HEARING OFFICER (CAPTAIN)

150 PARK ROW

NY NY 10007

## V. STATEMENT OF CLAIM

Place(s) of occurrence: METROPOLITAN CORRECTION CENTER (MCCNY) 150 PARK ROW

Date(s) of occurrence: DECEMBER 18 2019

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON THE ABOVE DATE, OFFICER GRIJALU TOOK ME OUT OF MY CELL IN THE SHU AT MCCNY ON THE PRETENSE OF REMOVING A SOILED MATTRESS. THE OFFICER GRABBED ME AROUND MY ARMS (I WAS HANDCUFFED) AND SLAMMED ME TO THE GROUND DOING DAMAGE TO MY RIGHT KNEE AND MY TESTICLES. THAT NIGHT I SAW BLOOD IN MY URINE AND MY TESTICLES SWELLED UP TO THE SIZE OF AN ORANGE. EACH TIME PA KANG MADE HER MEDICAL ROUNDS, I TOLD HER THAT I WAS ASSAULTED BY THE C.O. I HAD BLOOD IN MY URINE AND MY TESTICLES ARE SWOLLEN. PA KANG DID NOT REPLY TO ME. I TOLD CAPTAIN DARDEN THAT GRIJALVA ASSAULTED ME. I WROTE A COMPLAINT THAT WAS GIVEN TO KIZZIER THAT I WAS SLAMMED AND INJURED BY CO GRIJALVA AND BEING REFUSED MEDICAL TREATMENT. AT THE TIME I HAD MEDICAL PERMIT TO WEAR SNEAKERS AND TO BE CUFFED IN FRONT. CAPT DARDEN AND C.O. GRIJALVA TOLD PA KANG TO REMOVE MY PERMITS AND SHE DID IT. ON 12/26/2019 I HAD TO SET FIRE TO MYSELF IN MY CELL BEFORE I WAS TAKEN TO MEDICAL BY LT WEST. PA KANG TOLD WEST THAT CO GRIJALVA TOLD HER THAT I COULD NOT BE SEEN BY HER ABOUT MY INJURIES BECAUSE I WAS "DISRUPTIVE". MY TESTICALS WERE SWOLLEN AND PAINFUL PA KANG REFUSED TO SEND ME TO THE EMERGENCY ROOM KNOWING THAT I HAD SPENT A WEEK WITH SWOLLEN TESTICALS IN THE CELL. PA KANG TOLD ME THAT I HAD AN INFECTION TO COVER UP THE ASSAULT BY GRIJALVA

Page 4

IT TOOK A MONTH FOR ME TO BE SENT FOR A SONOGRAM. I WAS LEFT IN PAIN WHILE EVERYONE 'COVERED UP' MY BEING INJURED BY GRIJALVA. THAT CO WROTE A MISBEHAVIOR ASSAULT CHARGE ON ME WHICH THE OHO JORDAN CONCLUDED THAT HE SAW THE VIDEO AND I ASSAULTED THE OFFICER. KIZZIER IGNORED MY WRITTEN COMPLAINT. WARDEN LINCOLN VITALE REWARDED GRIJALVA FOR ATTACKING ME BY GIVING HIM A PROMOTION TO LIEUTENANT. MEDICAL DID HIDE THE RESULTS OF THE ULTRASOUND SCAN. WHEN I TOLD THE WARDEN LINCONL VITALE WHAT GRIJALVA DID TO ME SHE SAID "I KNOW, I PROMOTED HIM" AND 4 DAYS LATER I WAS TRANSFERED TO WCDOC VALHALLA

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

ULTRA SOUND RESULTS
I WAS NOT MEDICALLY TREATED. I SUFFED A TEAR IN MY KNEE LIGAMENT, URINATING BLOOD, SWOLLEN TESTICLES, I WAS GIVEN AN ANITBIOTIC THAT ALMOST KILLED ME (TIGHTENED MY THROAT) I WAS LEFT TO SUFFER. I WAS GIVEN A HERNIA BELT TO KEEP MY TESTES IN PLACE. TO THIS DAY MY SCROTUM IS PAINFUL TO TOUCH WHEN WASHING I HAVE TO LIFT MY SCROTUM TO SIT DOWN.

### VI. RELIEF

State briefly what money damages or other relief you want the court to order.

DAMAGES IN THE AMOUNT OF 200 MILLION DOLLARS U.S. LICONL VITALE, C.O. GRIJALVA, CAPTAIN DARDEN, P.A. KANG A JORDAN AND KIZZIER SHOULD ALL BE FIRED FOR BEING CURRUPT AND HELPING THE CO COVER UP THE ASSAULT ON MY PERSON.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 9-1-2021 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |

| ZUBEARU | | BETTIS |
|---|---|---|
| First Name | Middle Initial | Last Name |

WCDOC 10 WOODS ROAD
Prison Address

| VALHALLA | N.Y. | 10595 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 9-1-2021

Page 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zubearu Bettis
_____

*(List the name(s) of the plaintiff(s)/petitioner(s).)*    ____ Civ. _____ (____)(____)

- against -

Bureau of Prisons Metropolitan Corr Ctr
C.O. Grijalva, Captain Darden
Warden Lincoln-Vitale Capt. Kissier
P.A.-Kang A. Jordan

**AFFIRMATION OF SERVICE**

I, *(print your name)* Zubearu Bettis, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: Complaint Application to Proceed without Paying Cost or Fees, Prisoner Authorization

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* Regular US Postal Service to the following persons *(list the names and addresses of the people you served)*: Clerk of Court US District Court Southern District of N.Y. 500 Pearl St NYC 10007

on *(date you served the document(s))* 9-1-2021

9-1-2021
Dated

Signature
Address: WCDOC Ten Woods Road
City, State: Valhalla New York
Zip: 10595
Telephone Number: N/A
E-Mail Address:

Rev 01-2013

ZUBBARU BETTIS #259346
WCDOC 10 WOODS ROAD
VALHALLA N.Y. 10595



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL ST ATTN PRO SE OFFICE
NEW YORK  NEW YORK 10007
                              RM 200



WESTCHESTER NY 105
2 SEP 2021 PM 1 L
USA FOREVER

10007-131608