UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZUBEARU BETTIS, <br><br> Plaintiff, <br><br> -against- <br><br> OFFICER GRIJALUA; CAPTAIN DARDEN; WARDEN LINCOLN-VITALE; CAPTAIN KIZZLER; KANG, Physician Assistant; CAPTAIN A. JORDAN, Disciplinary Hearing Officer, <br><br> Defendants. | 21-CV-7505 (JPC)(GWG) <br><br> ORDER |

GABRIEL W. GORENSTEIN, United States Magistrate Judge:

The plaintiff indicates that the correct spelling of the first-named defendant's last name is "Grijalva." See Docket # 10. The Clerk is directed to identify the first defendant as "Officer Grijalva." Additionally, the Clerk of Court is instructed to issue an amended summons with this name, complete an amended USM-285 form with the addresses for this defendant, check the box on the USM-285 forms labeled "Check for service on U.S.A," and deliver all documents necessary to effect service to the U.S. Marshals Service.

SO ORDERED.

Dated: October 1, 2021
         New York, New York

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copy Mailed by Chambers to Pro Plaintiff