UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ZUBEARU BETTIS,                                     :

              Plaintiff,                  :    **ORDER OF SERVICE**

        -v.-                                       :    21 Civ. 7505 (JPC)(GWG)

OFFICER GRIJALVA et al.,                            :

             Defendants.                 :

---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge.**

      The complaint in this matter was filed pro se by the incarcerated plaintiff on September 8, 2021, naming as defendants Officer Grijalva, Officer Darden, Warden Lincoln-Vitale, Captain Kizzler, Captain A. Jordan, and Physician Assistant Kang. On September 8, 2021, the Court granted plaintiff's request to proceed IFP. (Docket # 4). On September 18, 2021, the Court issued an order of service directing the Clerk of Court to issue summonses and complete USM-285 forms for each of the named defendants. (Docket # 6). The U.S. Marshals Service returned these summonses with the notation that the defendants could not be located because the Metropolitan Correctional Center was "no longer in service." See, e.g., Process Receipt and Return, filed December 9, 2021 (Docket # 14).

      The Court then ordered the United States Attorney for the Southern District of New York to provide to the plaintiff and this Court addresses of the defendants at which the United States Marshal may promptly effectuate service. See Order of January 11, 2022 (Docket # 20). The United States Attorney did so in a letter filed with the Court on February 7, 2022. (Docket # 23).

Accordingly, the Clerk of Court is instructed to provide this information to the United States Marshal on the appropriate form (Form 285) for each defendant so that service may be effectuated.  <u>The Clerk shall uses the names and addresses as set forth in Docket # 23</u>.  The deadline for plaintiff to effectuate service under Fed. R. Civ. P. 4(m) is extended to April 29, 2022.

The Clerk of Court is directed to mail a copy of this Order to plaintiff at the address on the docket sheet.

SO ORDERED.

Dated: February 8, 2022
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge