**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZUBEARU BETTIS,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ROBERTO GRIJALVA, et al.,<br><br>                              Defendants. | No. 21 Civ. 7505 (JPC) (GWG) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying (1) Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint or, in the Alternative, for Summary Judgment, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 56, (2) Notice to Pro Se Litigant Pursuant to Local Civil Rule 56.2, (3) Declaration of Michael Cardew, dated September 22, 2022, and (4) Defendants' Local Rule 56.1 Statement, Defendants Roberto Grijalva, Jermaine Darden, Marti Licon-Vitale, Cody Kizzier, Yoon Kang, and Angelo Jordan (collectively, the "Defendants"), by their attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the Complaint in the above-captioned matter or, in the alternative, for entry of judgment in favor of the Defendants. Pursuant to the Court's August 23, 2022 Order (Dkt. No. 40), Plaintiff's opposition shall be filed on or before October 28, 2022.

Dated: New York, New York
         September 23, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By:    /s/ Mollie Kornreich
MOLLIE KORNREICH
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-3274
Email: mollie.kornreich@usdoj.gov