

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

October 19, 2022

**By ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Bettis v. Officer Grijalva, et al.,* No. 21 Civ. 7505 (JPC) (GWG)

Dear Judge Gorenstein:

      This Office represents the defendants in the above-referenced action. On September 28, 2022, the Court directed the plaintiff to send defense counsel on or before October 12, 2022 a copy of a consent form indicating whether or not plaintiff consents to Magistrate Judge jurisdiction. (Dkt. No. 48.) I write respectfully to inform the Court that I have not yet received that form from the plaintiff. If that changes, I will inform the Court whether the parties consent to Magistrate Judge jurisdiction, in accordance with the Court's Order.

      Additionally, for the Court's awareness, Federal Bureau of Prisons records reflect that the plaintiff is currently incarcerated at United States penitentiary Lee and can be contacted by mail at the following address:

      Zubearu Bettis, 92404-054
      USP Lee
      U.S. Penitentiary
      P.O. Box 305
      Jonesville, VA 24263

      I thank the Court for its attention to this matter.

Page | 2

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:    /s/ *Mollie Kornreich*
       MOLLIE KORNREICH
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, New York 10007
       Tel.: (212) 637-3274

cc: Plaintiff Zubearu Bettis (*Pro Se*)
    By Certified Mail