UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
ZUBEARU BETTIS                                                  :
                                                                :     **ORDER**
            Plaintiff,                                 :     21 Civ. 7505 (JPC) (GWG)
                                                                :
            -v.-                                       :
                                                                :
OFFICER GRIJALVA et al.,                                        :
                                                                :
            Defendants.                                :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge:

      The defendants on September 23, 2022, filed a motion to dismiss the complaint. The Court in an Order dated August 23, 2022, required plaintiff to file his response to that motion by October 28, 2022. As of today, however, no such response appears on the docket.

      The Court will give plaintiff one final opportunity to file a response to the motion. The Court orders that on or before November 23, 2022, plaintiff shall either (a) file a letter, affidavit, brief, or any other papers responding to the defendants' motion or (b) file a letter stating that he does not intend to oppose the motion.

      Plaintiff may file papers with the Court by mailing them to Pro Se Docketing, United States District Court, 500 Pearl Street, New York, NY 10007.

      <u>Plaintiff is warned that if he fails to comply with this Order, his case may be dismissed under Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute. In the alternative, it may be dismissed on the ground that plaintiff has not opposed the motion.</u>

      SO ORDERED

DATED:    New York, New York
              November 4, 2022

                                                                   GABRIEL W. GORENSTEIN
                                                                   United States Magistrate Judge