

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 18, 2022

**By ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Bettis v. Officer Grijalva, et al.,* No. 21 Civ. 7505 (JPC)(GWG)

Dear Judge Gorenstein:

      This Office represents the defendants in the above-referenced action brought pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). In accordance with the schedule ordered by the Court (ECF No. 40), the defendants filed their Motion to Dismiss the Complaint or, in the Alternative for Summary Judgment on September 23, 2022 (ECF No. 42). The plaintiff was required to file his response to that motion by October 28, 2022, but did not do so. (ECF No. 40.) On November 4, 2022, the Court issued an Order noting that no such response appeared on the docket and instructing the plaintiff to file on or before November 23, 2022, either (a) a letter, affidavit, brief, or any other papers responding to the defendants' motion or (b) a letter stating that he does not intend to oppose the motion. (ECF No. 51.)

      On November 17, 2022, I received a telephone call from the plaintiff. He explained that it has taken a long time for mail to reach him, and United States Penitentiary Lee, the facility where he is housed, has been on frequent lock down. The plaintiff asked that I convey to the Court that he intends to submit a letter in accordance with the Court's November 4, 2022, Order, but requires more time to do so. I write to respectfully convey that message on his behalf. The plaintiff did not indicate how much additional time he needs, but the defendants would agree to an additional 30 days from today. The defendants respectfully request 18 days from the filing on ECF of any response to their motion to submit a reply.

      I thank the Court for its attention to this matter.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney

By:   /s/ *Mollie Kornreich*
      MOLLIE KORNREICH
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-3274

cc: Plaintiff Zubearu Bettis (*Pro Se*)
    By Certified Mail