UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZUBEARU BETTIS                                    :

                Plaintiff,            :          ORDER

   -v.-                                                       :
                                                21 Civ. 7505 (JPC) (GWG)
OFFICER GRIJALVA et al.,                      :

                Defendants.      :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      In a letter to the Court, the attorney for defendants states that the plaintiff has indicated his intention to comply with the Court's Order of November 4, 2022, but seeks additional time to do so. It is better if the plaintiff writes directly to the Court in such situations. Letters to the Court shall be sent to: Pro Se Docketing, 500 Pearl Street, New York, NY 10007.

      In any case, the request is granted. The Court hereby directs plaintiff to (a) file a letter, affidavit, brief, or any other papers responding to the defendants' motion to dismiss or (b) file a letter stating that he does not intend to oppose the motion. This document shall be filed by December 16, 2022. Any reply by defendants shall be filed by January 13, 2023.

      Plaintiff is warned that if he fails to comply with this Order, his case may be dismissed under Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute. In the alternative, it may be dismissed on the ground that plaintiff has not opposed the motion.

      SO ORDERED.

Dated: November 21, 2022
       New York, New York

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge