UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZUBEARU BETTIS                                      :

          Plaintiff,                   :    ORDER

   -v.-                                               :
                                               21 Civ. 7505 (JPC) (GWG)
OFFICER GRIJALVA et al.,                          :

          Defendants.                 :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      As reflected in a letter docketed today (Docket #55), plaintiff seeks an extension of the deadline to respond to the motion to dismiss or for summary judgment, which was filed on September 23, 2022. This motion has been pending for more than four months and thus it is important that briefing not be unduly delayed. The Court will grant an extension to March 31, 2023, for plaintiff to file his response. The Court will not grant any further extension of this deadline. Thus, plaintiff should begin preparing any response now.

      The defendant may file any reply 14 days after plaintiff files his opposition.

      The letter docketed today also reflects that plaintiff tried to send a consent form to the Court. The plaintiff shall by March 3, 2023, mail the form as stated in the September 28, 2022, Order (copy attached), to counsel for defendant at the address in the footnote below.[1] If both sides consent, counsel for defendant should file a letter addressed to Judge Cronan attaching the consent form and asking that it be entered.

      SO ORDERED.

Dated: February 6, 2023
       New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge

---

[1] Mollie Melissa Kornreich
U.S. Attorney's Office
86 Chambers Street, Third Floor
New York, NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
ZUBEARU BETTIS
                                                                :       **ORDER**
                        Plaintiff,                                      21 Civ. 7505 (JPC) (GWG)
                                                                :
              -v.-
                                                                :
OFFICER GRIJALVA et al.,
                                                                :
                        Defendants.
---------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge:

  In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United States Magistrate Judge is available to conduct all proceedings in this case, including but not limited to any decisions on motions, any jury or nonjury trial, and/or the entry of a final judgment.  An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment of this district court.

  Exercise of jurisdiction by a Magistrate Judge is permitted only if all parties voluntarily consent.  To determine whether the parties wish to voluntarily consent, the plaintiff is directed to transmit to defense counsel on or before October 12, 2022 a copy of the attached consent form bearing either (1) a signature indicating consent to the Magistrate Judge conducting all proceedings in this matter or (2) a notation that the plaintiff does not consent.

  On or before October 19, 2022 defendants' counsel is directed to file a letter either (1) stating that all parties have signed the form and attaching that form or (2) stating that all parties have not consented.  If any party has not consented, the letter shall <u>not</u> inform the clerk which of the parties have not consented but shall merely state that there has not been consent by all parties

  This Order is not intended to interfere with the parties' right to have a trial and/or any other dispositive proceedings before a United States District Judge.  The parties are free to withhold their consent without adverse substantive consequences, although this will prevent the Court's jurisdiction from being exercised by a United States Magistrate Judge.  If any party withholds consent, the identity of the parties consenting or withholding consent shall not be communicated to any Magistrate Judge or District Judge to whom the case has been assigned.

SO ORDERED

DATED:   New York, New York
                September 28, 2022

                                                                    _____
                                                                  GABRIEL W. GORENSTEIN
                                                                  United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | ) | |
|---|---|---|
| Zubearu Bettis | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   21 Civ. 07505 (JPC)(GWG) |
| Officer Grijalva et. al., | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability*.  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Zubearu Bettis (Plaintiff Pro Se) | | |
| Officer Grijalva et. al./ Mollie Melissa Kornreich | | |
| | | |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.