UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUBEARU BETTIS
                PLAINTIFF

        -V-                                    AMEND COMPLAINT TO FTCA
                                               21 CIV 7505 (GWG)

UNITED STATES OF AMERICA
                DEFENDANTS

TO! GABRIEL W. GORENSTEIN U.S. MAGISTRATE JUDGE
PLAINTIFF ZUBEARU BETTIS HEREBY SUBMITS FIRST AMENDED COMPLAINT.

PLEASE EXCUSE ALL ERRORS IN FORM FORMAT CONTEXT AND CONTENT, INCLUDING SPELLING AND PUNCTUATION. PLAINTIFF IS A LAYPERSON AND UNTRAINED IN THESE MATTERS.

ON OR ABOUT DECEMBER 18, 2019 AT APPROXIMATELY NOON OR ONE PM, C.O. GORIJALVA OF THE METROPOLITAN CORRECTION CENTER OF THE FEDERAL BUREAU OF PRISONS IN THE SPECIAL HOUSING UNIT (9 SOUTH) ENTERED MY CELL ON H TIER — NO-HE REMOVED ME FROM MY CELL ON H TIER AND ATTEMPTED TO TAKE ME INTO ANOTHER CELL. I TURNED AWAY FROM THAT CELL. I WAS HANDCUFFED AND DID NOT WANT TO BE ALONE WITH THAT OFFICER WHO WAS ABUSIVE TO ME IN THE PAST. I QUESTIONED THE OFFICER AS TO WHY HE IS TRYING TO TAKE ME OUT OF CAMERA VIEW. HIS RESPONSE WAS: "OH YOU WANNA BE ON CAMERA?" HE GRABBED ME IN A BEARHUG A PICKED ME UP AND BODILY SLAMMED ME TO THE GROUND. HE ACTIVATED HIS BODY ALARM.
    POST USE OF FORCE PROCEDURE I WAS EXAMINED BY P.A. COLUMBO. I HAD AN ABRASION ON MY RIGHT KNEE. I WAS MOVED TO J TIER.
    THE NEXT MORNING I WOKE UP IN SEVERE PAIN MY TESTICALS HAD SWELLED TO THE SIZE OF A GRAPEFRUIT AND I WAS URINATING BLOOD. THIS OVERSHADOWED MY RIGHT KNEE PAIN. DURING HER MEDICAL SHU ROUNDS I SHOWED P.A. KANG BLOODY TISSUE AND THE SWELLING OBVIOUS THRU MY BOXERS.
    I SPENT THE NEXT SEVEN DAYS COMPLAINING TO EVERY STAFF MEMBER WHO PASSED MY CELL. CASE MANAGER BULLOCK COUNSELOR RIVERA UNIT TEAM FROM OTHER UNITS, P.A. JOAQUIM. NO ONE WOULD STOP AT MY CELL. I ASKED BULLOCK FOR A BP8 TO COMPLAIN ABOUT THE ATTACK AND ASSAULT BY GORIJALVA HE TOLD ME THAT IT WAS A SENSITIVE ISSUE (THE ASSAULT CLAIM) AND I SHOULD FILE A BP 9 TO THE WARDEN. HE NEVER BROUGHT THE BP 9. COMPLAINT FORMS ARE ONLY ISSUED BY UNIT TEAM. I REPEATEDLY ASKED P.A. KANG FOR MEDICAL ASSISTANCE DURING THAT WEEK. I WAS IN TORTUROUS PAIN AND VERY DESPERATE UNABLE TO EAT MOST MEALS. ON OR ABOUT DECEMBER 26 2019

I SET FIRE TO MYSELF IN THE CELL WHEN P.A. KANG AGAIN REFUSED TO GIVE ME MEDICAL AID. THAT FIRE CAUSED ME TO BE TAKEN TO MEDICAL WHERE I WAS FINALLY EXAMINED BY PA KANG AND PA JOAGUIM. I WAS TAKEN TO CLINIC BY LT. WEST.

P.A. KANG TOLD ME IN THE PRESENCE OF LT. WEST THAT CO GRIJALVA TOLD HER THAT I WAS 'DISRUPTIVE' AND HE DID NOT ALLOW PA KANG TO EXAMINE ME. HE WOULD NOT LET OFFICERS BRING ME OUT OF MY CELL TO SEE MEDICAL. I TOLD THEM HOW GRIJALVA ATTACKED AND ASSAULTED ME.

P.A. KANG DECIDED THAT I HAD AN INFECTION. THE ADMINISTRATION DECIDED THAT MY INJURY (8 DAYS OF SWOLLEN TESTICALS/URINATING BLOOD) WAS NOT WORTHY OF EMERGENCY OUTSIDE HOSPITAL TREATMENT. A URINE SAMPLE WAS TAKEN. I WAS GIVEN AN ANTIBIOTIC THAT TIGHTENED MY THROAT AND SWOLE MY TONGUE.

BACK ON J TIER I SPOKE TO CAPTAIN DARDEN, AW NASH, CASE MGR BULLOCK ABOUT ASSAULT BY GRIJALVA. SINCE I COULD NOT OBTAIN ANY BP COMPLAINT FORMS, I WROTE A DISCRIPTION OF THE INCIDENT BY HAND AND IT WAS NOT UNTIL EARLY JANUARY 2020 THAT MR PLOURDE TOOK THE COMPLAINT FROM ME AND PASSED IT ON TO CAPT KIZZIER. WHEN I SAW CAPT KIZZIER, ON OR ABOUT JAN 10TH, I SPOKE TO HIM. CAPT KIZZIER TOLD ME THAT HE RECEIVED MY COMPLAINT AGAINST GRIJALVA. HE TOLD ME THAT HE WOULD INVESTIGATE MY CLAIM. HE TOLD ME THAT I WOULD NOT BE RECEIVING THE RESULTS OF HIS INVESTIGATION. I THEN TOLD HIM THAT I CAN'T GET ANY BP COMPLAINT FORMS. CAPT KIZZIER ASSURED ME THAT HE WOULD PASS MY COMPLAINT ON TO THE WARDEN AND THAT IT WOULD HAVE THE SAME FORCE AND EFFECT OF A BP 9, SINCE I AM COMPLAINING OF AN ALLEGED ASSAULT BY STAFF A BP 8 CAN BE BYPASSED DUE TO THE SENSITIVE NATURE OF COMPLAINT.

ON OR ABOUT JANUARY 15 2020 (PROBABLY AFTER THE 15TH) I SAW WARDEN LINCOLN-VITTLE ON HER SHU ROUNDS. I SPOKE TO HER. SHE REITERATED WHAT CAPT KIZZIER HAD SAID TO ME: THAT SHE DID RECEIVE MY COMPLAINT OR THAT SHE IS AWARE OF IT AND THAT SHE WOULD RESPOND IN WRITING TO ME TREATING MY COMPLAINT AS IF IT WAS A FORMAL BP 9. BY THIS TIME THE 20 DAY CALANDER DAY LIMITATION HAS PASSED.

(2)

DURING THIS TIME I HAD MY MEDICAL PERMITS FOR SURGERY, MY SNEAKERS REMOVED. ALSO THE PERMIT TO BE HANDCUFFED IN FRONT DUE TO INJURIES I SUFFERED IN PUTNAM COUNTY IN 2018 TO MY RIGHT SHOULDER AND BOTH WRISTS AND HANDS. IT WAS <u>CAPT DARDEN</u> WHO TOLD ME THAT <u>HE REVIEWED MY CHART</u> AND DETERMINED THAT I DID NOT NEED THEM ANYMORE.

FOR THE REMAINDER OF JANUARY AND INTO FEBRUARY I DID NOT SEE OR WAS ABLE TO TALK TO ANY ADMINISTRATOR EXCEPT AW NASH WHO ONLY COULD TELL ME THAT SHE WAS AWARE OF IT ( MY COMPLAINT) AND THAT THE WARDEN IS HANDLING IT.

I WAS RELEASED FROM SHU ON FEBRUARY 11 2020. C-O GRIJALUA KEPT ME ONE DAY PAST MY RELEASE DATE. I HAD PREVIOUSLY FILED TWO ELECTRONIC COMPLAINTS AGAINST GRIJALUA BECAUSE OF HIS ABUSIVE NATURE. GRIJALUA RETALIATED AGAINST ME TO PUNISH ME FOR COMPLAINING AGAINST HIM. MULTIPLE TIMES.
I ATTEMPTED SUICIDE IN JANUARY BECAUSE OF C.O. GRIJALUA'S ABUSE
THE ACTIONS OF AND WORDS BY CAPT KIZZIER AND WARDEN VITALE MADE THE ADMINISTRATIVE REMEDY UNAVAILABLE TO ME. Ross v BLAKE 578 US 632
136 SCT 1850
I WAS LED TO BELEIVE THAT MY COMPLAINT WOULD BE HANDLED AS WOULD A B.P. 9. HOW AM I TO SUBMIT A BP 10 WHEN THE PEOPLE WHO WOULD OR ARE SUPPOSED TO ISSUE ANY BP FORMS REFUSE TO DO IT? COMPLAINTS IN THIS DISTRICT HAVE BEEN DISMISSED BECAUSE PRISONER SUBMITTED A BP 11 WITHOUT HAVING SUBMITTED A BP 10 OR SUBMITTED A BP 10 WITHOUT HAVING COMPLETED THE BP 9, THEY WERE DECLARED UNEXHAUSTED. LOWMAN V. BAIRD 16 CV 6518 (VSB) 2017. TELLING ME TO 'APPEAL ANYWAY' IS ALSO MISLEADING.

BETWEEN 2-11-20 AND 2-22-20 I SAW WARDEN VITALE WHO ASSURED ME THAT MY COMPLAINT WAS BEING TAKEN SERIOUSLY. I'M GOING ABOUT WEARING A HERNIA BELT BECAUSE OF THE PAIN IN MY TESTICALS. I WAS TAKEN FOR A SONOGRAM ON OR ABOUT JANUARY 17 TO BROOKLYN HOSPITAL. THE MCC CLINIC HID THE RESULTS FROM ME.
UNIT 11 NORTH WAS PLACED ON LOCKDOWN BECAUSE AN INMATE WAS SERIOUSLY ASSAULTED AND INJURED ( CUT OR STABBED) ON OR ABOUT 2-22-20. AFTER THAT LOCKDOWN AN OFFICER BROUGHT A LOADED FIREARM INTO THE JAIL WHICH RESULTED IN A MORE SEVERE LOCKDOWN ON OR ABOUT 2-28-20.
ON MARCH 1, 2020 I WAS TRANSFERED TO FCI OTISVILLE
ON MARCH 5, 2020 I WAS RETURNED TO MCC NY

(3)

THIS IS WHEN I LEARNED THAT C.O. GRIJALVA WAS PROMOTED TO LIEUTENANT. I DID NOT SEE ANY ADMINISTRATORS UPON MY RETURN TO MCC. THE JAIL WAS IN AN UPROAR BECAUSE OF ALL OF THE CORRUPTION PREVALENT - STAFF CORRUPTION - IN THE JAIL. ON OR ABOUT MARCH 12, 2020 CITY WIDE, STATE WIDE, COUNTRY WIDE SHUTDOWNS DUE TO COVID-19 PANDEMIC, STOPPED EVERYTHING.

I DID NOT SEE WARDEN VITALE AGAIN UNTIL AUGUST 27, 2020 WHERE I ASKED HER TO RESPOND TO MY COMPLAINT AGAINST GRIJALVA. SHE RESPONDED BY TRANSFERING ME TO WESTCHESTER COUNTY JAIL (8-31-20) THIS CORRESPONDED WITH CASE MANAGER BULLOCK RESPONDING TO A BP-8 THAT I FILED IN AUGUST OF 2019 (SEE LETTER OR REPLY TO MOTION TO DISMISS)

PLAINTIFF WAS DELIBERATELY AND INTENTIONALLY PREVENTED FROM EXHAUSTING ADMINSTRATIVE REMEDIES BY WARDEN VITALE, CAPT KIZZIER, CASE MANAGER BULLOCK AND EVERYONE ELSE WHO IGNORED MY BP REQUESTS.

THE COURT SHOULD ALLOW THIS AMENDMENT FROM 1983 TO FTCA WITHOUT REQUIRING ANY NEW FILINGS OR SUBMISSIONS:

PLAINTIFF NEVER MADE BIVENS CLAIM. PLAINTIFF NEVER SOUGHT A CAUSE OF ACTION UNDER OR PURSUANT TO BIVENS.

I FILED A 42 USC 1983 TO SEEK DAMAGES/RELIEF AFTER BEING VIOLATED CONSTITUTIONALLY. THE FEDS CAN'T BE SUED USING 1983. THE COURT SHOULD HAVE CONSTRUED MY ORIGIONAL COMPLAINT UNDER FTCA BECAUSE THE COURT KNOWS THAT THE FEDS CAN'T BE SUED VIA 1983. ATTACHING BIVENS TO MY CLAIM MUST LEAD TO DISMISSAL BECAUSE ALL PRISONER SUITS AGAINST THE FEDS WOULD BE BIVENS IN A NEW CONTEXT. BIVEN WAS FREE. AGENTS ENTERED HIS HOME. HOW COULD I EVEN CONTEMPLATE A CAUSE OF ACTION THERE WHEN I'M A PRISONER? I HAVE ABSOLUTELY NOT EVEN THE REMOTEST COMMONALITY WITH BIVENS. I DID NOT SEEK A REMEDY OR DAMAGES UNDER BIVENS. I DID NOT SEEK A CAUSE OF ACTION UNDER BIVENS. I DID NOT MENTION BIVENS ANYWHERE IN MY COMPLAINT AND BY EXTENSION CARLSON/GREEN. PLAINTIFF SIMPLY FILED IMPROPER ACTION, FOR RELIEF SOUGHT.

PLAINTIFF'S ORIGIONAL COMPLAINT SHOULD HAVE BEEN CONSTRUED BY THE COURT AS BEING A CLAIM UNDER FTCA. JUSTICES IN THE SOUTHERN DISTRICT OF NEW YORK HAVE CONSTRUED 1983 COMPLAINTS UNDER BIVENS "AND, WHEN LIBERALLY READ, TORT CLAIMS UNDER THE FEDERAL TORT CLAIM ACT (FTCA)" THIS FROM JUSTICE PAUL G. GARDEPHE IN GOTTESFIELD V ANDERSON 18 CIV 10836 (PGG) 3/6/2020

(4)

LORNA G. SCHOFIELD USDJ SDNY QUOTES (IN 17CIV 7801 LGS 2018)
"THE POLICY OF LIBERALLY CONSTRUING PRO SE SUBMISSIONS IS DRIVEN BY
THE UNDERSTANDING THAT IMPLICIT IN THE RIGHT TO SELF REPRESENTATION
IS AN OBLIGATION... OF THE COURT TO MAKE REASONABLE ALLOWENCES TO
PROTECT PRO SE LITIGANTS FROM INADVERTENT FORFEITURE OF
IMPORTANT RIGHTS BECAUSE OF THEIR LACK OF LEGAL TRAINING"
"WE AFFORD A PRO SE LITIGANT 'SPECIAL SOLICITUDE' BY INTERPRETING A COMPLAINT
FILED PRO SE TO RAISE THE STRONGEST CLAIMS THAT IT SUGGESTS" HARDAWAY V.
HARTFORD PUB WORKS DEPT 879 F. 3d 486, 489 (2ND CIR 2018)
    HOW CAN THE COURT CONSTRUE MY COMPLAINT UNDER BIVENS, WHICH MUST
EVENTUALLY LEAD TO DISMISSAL, WHEN A CLAIM UNDER FTCA
IS THE STRONGEST ARGUMENT (claim)? I HAVE NO LEGAL TRAINING. THE 42 USC 1983
HAS BEEN DECLARED 'THE PRISONER LAWSUIT' LAW LIBRARIES TOUT THE 1983 AS THE
SUIT FOR DAMAGES FOR PRISONERS. THE TORT CLAIM WAS ALWAYS TOUTED FOR LOST
PROPERTY, IF YOU GET HURT WORKING A JOB IN THE JAIL (FACILITIES, REC, PORTER ETC)
OR IF YOU GET CUT OR STABBED BY ANOTHER PRISONER.
    HAD THE COURT CONSTRUED MY COMPLAINT UNDER FTCA, AS IT APPEARS
IT PROBABLY SHOULD HAVE, I WOULD HAVE BEEN DIRECTED TO THE SF95.
HAVING FILED IN JULY 2021 IT WOULD HAVE BEEN TIMELY. NOW FOUR YEARS
LATER MY CASE GETS DISMISSED BECAUSE OF BIVENS AND I MAY BE
DENIED STILL? THIS IS WHAT THE 'STRONGEST ARGUMENT (claim)' POLICY SEEKS TO PREVENT. (claim)
    I ASK THE COURT TO ALLOW THIS AMENDMENT, NOT REQUIRING NEW FILINGS OR
NEW SUBMISSIONS, MY CLAIM CONTAINS ALL OF THE INFORMATION REQUIRED BY THE
SF95, MY CLAIM WAS TIMELY FILED, I WAS INJURED BY CO-GRIJALVA, I WAS
PREVENTED FROM EXHAUSTION BY WARDEN VITALE. THE DEFENDANT WAS DUELY INFORMED.
I SEEK DAMAGES IN THE AMOUNT OF $10,000.00 USD (TEN THOUSAND DOLLARS)
ANY PRIOR INJUNCTIVE RELIEF SAUGHT IS WITHDRAWN.
THE 'BOP HAS VIDEO RECORDING OF THE ATTACK AND ASSAULT ON H-TIER (MY WITNESS)
    WHEN I WAS ALLOWED AN EXTENSION TO FILE AMENDED COMPLAINT TIL SEPT
5 2023 IN DUSP LEE MY UNIT WAS ON LOCKDOWN. WE CAME OFF
LOCKDOWN ON AUGUST 17 ONLY TO RETURN TO LOCKDOWN AUGUST 18
I WAS NOT ABLE TO RESEARCH ANY CASELAW I HAD TO DEPEND ON THOSE
CASES THAT DEFENDANT'S LAWYER'S RELY ON SEEKING DISMISSAL. I
HAVE NO ACCESS TO LAW LIBRARY, COPIES, CERTIFIED MAILING SLIPS OR
ANYTHING THAT WOULD AID ME IN THIS LITIGATION.
    WHEN I WAS TRASFERED TO WESTCHESTER COUNTY JAIL, CONSTANT PAIN IN
MY RT KNEE LED ME AN MRI WHICH REVEALED A TORN LIGAMENT. NONE OF
MY INJURIES WERE TREATED. ANOTHER SONOGRAM IN WESTCHESTER, THE RESULTS
WHICH WERE READ BY NURSE PRACTIONER, SHE COULD NOT EXPLAIN WHAT WAS

(5)

SPELLED OUT IN THE RESULTS. I STILL HAVE TESTICAL PAIN, I HAVE BEEN WALKING ON A TORN KNEE LIGAMENT SINCE 12-2019 EXCUSE ME - I DID RECEIVE A CORTISONE INJECTION AND AN ELASTIC KNEE SLEEVE IN WESTCHESTER.

ALL ASPECTS OF ORIGIONAL CLAIM WERE APPLIED TO BIVENS BECAUSE PLAINTIFF FILED A 1983. THE 1983 IS NOT THE PROPER VEHICLE BY WHICH A FEDERAL PRISONER CAN SEEK DAMAGES FROM FEDERAL EMPLOYESS OR AGENTS OR AGENCIES. PLAINTIFF WAS UNAWARE OF THIS AT THE TIME OF FILING ACTION. PLAINTIFF ONLY EVER HAD A FEDERAL TORT CLAIM WHICH WAS UNKNOWN BY ME AT THE TIME OF FILING THIS COMPLAINT.

THE COURT SHOULD HAVE CONSTRUED THIS COMPLAINT UNDER FTCA FOLLOWING THE "STRONGEST ARGUMENT CLAIM" DOCTRINE. JUDGE GORENSTEIN SAID HIMSELF IN THE EXCESSIVE FORCE PARAGRAPH OF HIS OPINION AND ORDER: QUOTE "GIVEN THESE FACTORS, INCLUDING AVAILABILITY OF THE FTCA AS SOURCE FOR DAMAGES FOR THE CONDUCT COMPLAINED OF..."

PLAINTIFF USED THE 1983 WHICH IS NOT THE SOURCE FOR DAMAGES INVOLVING FEDERAL STAFF. THE FTCA WAS THE ONLY VEHICLE FOR PLAINTIFF FROM THE OUTSET. APPLYING BIVENS ALONE WITH ITS PRONGS AND ANAYLSIS WOULD ALWAYS LEAD TO DISMISSAL. THE FTCA WAS THE "STRONGEST ARGUEMENT" PLAINTIFF'S CLAIM HAS.

THEREFORE PLAINTIFF RESPECTFULLY REQUESTS THAT THE COURT ACCEPT THIS AMENDED COMPLAINT FROM 1983 TO FTCA WITHOUT REQUIRING ANY NEW FILINGS NEW SUBMISSIONS OF SF95 TIMELINESS BECAUSE PLAINTIFF WOULD HAVE BEEN TIMELY HAD ORIGIONAL COMPLAINT BEEN CONSTRUED UNDER FTCA WHICH IT MUST PROBABLY SHOULD HAVE. IT WAS DEFENDANT'S LAWYER WHO FIRST LABLED THIS ACTION PURSUANT TO BIVENS WHICH PLAINTIFF NEVER INTENDED.

AND FOR SUCH OTHER AND FURTHER RELIEF WHICH IS DEEMED PROPER AND JUST.

RESPECTFULLY SUBMITTED: _____
ZUBEARU BETTIS PLAINTIFF PRO SE

I ZUBEARU BETTIS DO HEREBY SWEAR AND AFFIRM UNDER A PENALTY OF PERJURY THAT WHAT I HAVE STATED AND SUBMITTED IS THE TRUTH BASED ON MY PERSONAL KNOWLEDGE INFORMATION AND BELIEF PERTAINING TO EVENTS HEREIN.

SO SWORN _____
ZUBEARU BETTIS PRO SE PLAINTIFF
USP LEE 92404054
PO BOX 305 JONESVILLE VA 24263

DATED SUNDAY SEPTEMBER 3, 2023 UNIT I-128 U LOCKDOWN STATUS



# AFFIRMATION

I ZUBEARU BETTIS, A LOCKED DOWN PRISONER AT USP LEE DO HEREBY AFFIRM UNDER A PENALTY OF PERJURY, THAT I DID PLACE IN MY CELL DOOR IN I UNIT 128 CELL MY AMENDED COMPLAINT TO MAGISTRATE JUDGE GABRIEL W. GORENSTEIN IN A SEALED ENVELOPE MARKED LEGAL MAIL FRONT AND BACK ADDRESSED TO 500 PEARL STREET UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK, WITH ONE DOZEN (12) PURPLE HEART FOREVER STAMPS AND A NOTE ATTACHED SEEKING CERTIFIED MAILING ON MONDAY SEPTEMBER 4, 2023 AT APPROXIMATELY 7PM FROM USP LEE P.O. BOX 305 JONESVILL U.A. 24263, FOR MAILING OUT ON TUESDAY SEPTEMBER 5 2023 FROM USP LEE MAILROOM.

SO SWORN

ZUBEARU BETTIS PRO SE PLAINTIFF
92404-054 USP LEE P.O. BOX 305
JONESVILLE V.A. 24263