UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZUBEARU BETTIS                                               :

               Plaintiff,                  :       <u>ORDER</u>

   -v.-                                                       :
                                                    21 Civ. 7505 (GWG)
OFFICER GRIJALVA et al.,                                     :

              Defendants.                 :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      In light of plaintiff's letter dated February 20, 2024 (Docket # 87), Ms. Kornreich is directed to contact Mr. Bettis by telephone to discuss settlement. If a court order is required to arrange this phone call, Ms. Kornreich may present a proposed order to the Court.

      If, after this discussion, both parties believe that a conference to discuss settlement with a neutral third party would be helpful, they may request a referral to the Court's mediation program by means of a letter filed on the ECF system.

      SO ORDERED.

Dated: February 28, 2024
       New York, New York

                                                      _____
                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge