UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ZUBEARU BETTIS,

                Plaintiff,                21 **CIVIL** 7505 (GWG)

    -against-                **JUDGMENT**

UNITED STATES OF AMERICA,

                Defendant.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 7, 2024, the Government's motion to dismiss for lack of subject matter jurisdiction (Docket # 77) is granted. The complaint is dismissed without prejudice.

**Dated:** New York, New York
       May 7, 2024

                                                      RUBY J. KRAJICK
                                                      Clerk of Court

                          **BY:**

                                                        **Deputy Clerk**