UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZUBEARU BETTIS                                          :

              Plaintiff,                    :       ORDER

   -v.-                                                 :
                                  21 Civ. 7505 (GWG)
OFFICER GRIJALVA et al.,                            :

             Defendants.                 :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      In light of the plaintiff's recent change of address (Docket # 97), the Clerk is directed to
re-mail Docket ## 95-96 to the plaintiff's new address as it appears on the docket sheet.

      SO ORDERED.

Dated: May 21, 2024
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge